UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LINAYA J'VEEN JOSHUA, ADC #708121;**
**and FRANCES RENEE PERRY, ADC #708998**                    **PLAINTIFFS**

v.                    CASE NO. 1:10cv00066 BSM/JJV

**ROBERT O'MELIA, Correctional Officer,**
**McPherson Unit, ADC; et al.**                              **DEFENDANTS**

**ORDER**

Plaintiff, Linaya J'veen Joshua, a state inmate at the McPherson Unit of the Arkansas Department of Correction, filed a complaint pursuant to 42 U.S.C. § 1983, and named Frances Renee Perry ("Perry") as co-plaintiff. Perry did not sign the complaint and has filed notice stating that she is not a party to the action [Doc. No. 4].

IT IS, THEREFORE, ORDERED that Perry is DISMISSED from this case.

IT IS SO ORDERED this 18th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE