UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LINAYA J'VEEN JOSHUA,**                                                          **PLAINTIFF**
**ADC #708121**

v.                              CASE NO. 1:10cv00066 BSM/JJV

**ROBERT O'MELIA, Correctional Officer,**
**McPherson Unit, Arkansas Department of**
**Correction; et al.**                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the memorandum and order entered today, it is Considered, Ordered and Adjudged that this case be, and it is hereby DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 8th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE